FILED

JUL 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BERNARD LEE HAMILTON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>COLLEEN SHOOPMAN, et. al.,<br><br>Real Parties in Interest. | No. 11-71851<br><br>D.C. No. 3:10-cv-03682-SI<br>Northern District of California<br>San Francisco<br><br><br>ORDER |

Before: SCHROEDER, B. FLETCHER, and TROTT, Circuit Judges

Petitioner's Request To Withdraw Petition is granted. The Clerk's Office shall close this case.