**FILED**

UNITED STATES COURT OF APPEALS

OCT 18 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BERNARD LEE HAMILTON. | No. 11-72230 |
| BERNARD LEE HAMILTON, | D.C. No. 3:10-cv-03682-SI<br>Northern District of California,<br>San Francisco |
| Petitioner, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | ORDER |
| Respondent, | |
| COLLEEN SHOOPMAN; et al., | |
| Real Parties in Interest. | |

Before: GRABER, RAWLINSON, and BEA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

The motion for stay of proceedings in the district court is denied as moot.

AM/MOATT

No further filings shall be accepted in this closed case.

**DENIED.**