**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE HAMILTON, | No. C 10-3682 SI (pr) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR A STAY** |
| v. | |
| COLLEEN SHOOPMAN; et al., | |
| Defendants. | |

Plaintiff's request for a stay until the Ninth Circuit rules on his petition in Ninth Circuit Case Number 11-72230 is DENIED as unnecessary. (Docket # 24.) The Ninth Circuit denied the petition in an order filed October 18, 2011.

The deadline for plaintiff to (a) file a proof of service showing that he has caused the summons and amended complaint to be served on each defendant or (b) show cause why this action should not be dismissed for failure to serve process within 120 days of the filing of the complaint is now extended until **August 31, 2012.** Plaintiff is reminded that, if he does neither, the action will be dismissed.

The clerk will mail to plaintiff a copy of docket # 21, which is the Ninth Circuit's order in Case Number 11-72230.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
SUSAN ILLSTON
United States District Judge