UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE HAMILTON, | No. C 10-3682 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COLLEEN SHOOPMAN; et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff failed to accomplish service of process within the time allowed by the court and failed to show good cause for his failure to do so.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 9, 2013

_____
SUSAN ILLSTON
United States District Judge