UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE HAMILTON, | No. C 10-3682 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| COLLEEN SHOOPMAN; et al., | |
| Defendants. | |

This action was dismissed because plaintiff failed to accomplish service of process on defendants in more than twenty months and failed to show good cause for not having done so. Plaintiff has filed a "request for reconsideration and/or to vacate order of dismissal." Docket # 30. Plaintiff urges in his motion that there is an alternative way *for the court* to attempt to accomplish service of process. His argument ignores that (a) he specifically was informed that *he* had to accomplish the service of process due to his non-pauper status, and (b) *he* could have attempted to use a request for waiver of service but chose not to do so in the 20+ months he knew of his obligation to accomplish service of process. A motion for reconsideration under Federal Rule of Civil Procedure 59(e) "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the law.'" *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (citation omitted) (en banc). Plaintiff's request for reconsideration is DENIED because he has not shown newly discovered evidence, clear error, or an intervening change in the law. (Docket # 30.)

IT IS SO ORDERED.

Dated: May 3, 2013

_____
SUSAN ILLSTON
United States District Judge